**Jens Schmidt, OSB #843417**  
jens.schmidt@harrang.com  
**Andrea D. Coit, OSB #002640**  
andrea.coit@harrang.com  
HARRANG LONG GARY RUDNICK P.C.  
360 East 10th Avenue, Suite 300  
Eugene, OR 97401-3273  
Telephone:    541.485.0220  
Facsimile:    541.686.6564  
Of Attorneys for Defendants

**Gregory Kafoury, OSB #741663**  
Kafoury@kafourymcdougal.com  
**Mark McDougal, OSB #890869**  
mcdougal@kafourymcdougal.com  
**Jason Kafoury, OSB #091200**  
jkafoury@kafourymcdougal.com  
KAFOURY & MCDOUGAL, LAWYERS  
320 SW Start Street #202  
Portland, OR 97204  
Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MATTHEW S. ZEKAN,** | Case No. 6:12-cv-00827-TC |
| Plaintiff, | **JOINT ALTERNATE DISPUTE RESOLUTION REPORT** |
| vs. | |
| **LINCOLN COUNTY, OREGON, et al.,** | |
| Defendants. | |

This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    _X_ Yes          ____ No

2. The parties propose:

    ___ (a)   That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

Page 1 – **JOINT ALTERNATE DISPUTE RESOLUTION REPORT**

    ___ (b)    That the court refer this case to mediation using a Court-sponsored mediator or staff mediator. (*See* LR 16-4(f) for Court sponsored mediation procedures.) The parties seek a Court mediator because: _____.

    ___ (c)    ADR may be helpful at a later date following completion of: _____

    ___ (d)    The parties believe the court would be of assistance in preparing for ADR by: _____

    ___ (e)    The parties do not believe that any form of ADR will assist in the resolution of this case.

    _X_ (f)    This case is scheduled for mediation with Senior Judge Susan Leeson on September 26, 2013 at the federal courthouse in Portland.

Dated: July 30, 2013.

HARRANG LONG GARY RUDNICK P.C.

By: s/ Jens Schmidt
    Jens Schmidt, OSB #843417
    Andrea D. Coit, OSB #002640
    Attorneys for Defendants

Dated: July 30, 2013.

KAFOURY & MCDOUGAL, LAWYERS

By: s/ Jason Kafoury
    Gregory Kafoury, OSB #741663
    Mark McDougal, OSB #8908669
    Jason Kafoury, OSB #091200
    Attorneys for Plaintiff

Page 2 – **JOINT ALTERNATE DISPUTE RESOLUTION REPORT**

## CERTIFICATE OF SERVICE

I certify that on July 30, 2013, I served or caused to be served a true and complete copy of the foregoing **JOINT ALTERNATE DISPUTE RESOLUTION REPORT** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

Gregory Kafoury
Mark McDougal
Jason Kafoury
Kafoury & McDougal, Lawyers
320 SW Start Street #202
Portland, OR 97204
  Attorneys for Plaintiff

                  HARRANG LONG GARY RUDNICK P.C.

                  By: s/ Jens Schmidt
                     Jens Schmidt, OSB #843417
                     jens.schmidt@harrang.com
                     Andrea D. Coit, OSB #002640
                     andrea.coit@harrang.com
                     Telephone:    541.485.0220
                     Facsimile:    541.686.6564
                     Of Attorneys for Defendants

00511243.1

**CERTIFICATE OF SERVICE**